UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA

CESAR TERAN SANCHEZ, Plaintiff,

v.

STREAM REALTY PARTNERS, L.P., Defendant.

Case No.: 1:23-cv-03189

Judge: Amir H. Ali

PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND TO VACATE JOINT STATUSREPORT (ECF NO. 38

Plaintiff Cesar Teran Sanchez, appearing pro se, respectfully moves this Court for an order vacating the Joint Status Report filed on February 2, 2026 (ECF No. 38), and for entry of Emergency Protective Order.

This motion is based on

(1) the absence of Plaintiff's authorization for the filing,

(2) material inaccuracies contained therein, and

(3) substantial barriers that have impaired Plaintiff's ability to meaningfully access the Court and participate in these proceedings.

I. STATEMENT OF FACTS

On February 2, 2026, a Joint Status Report (ECF No. 38) was filed by Plaintiff's former counsel. The report was submitted without Plaintiff's final review or informed consent and contains material inaccuracies regarding the status of discovery and the nature of Plaintiff's claims. The attorney-client relationship was terminated shortly thereafter (Order dated February 10,2026), and Plaintiff now proceeds pro se. Plaintiff has encountered ongoing technical barriers affecting reliable access to electronic systems and communications necessary for litigation, impairing his ability to verify filings, communicate effectively, and comply with deadline

As a result, the existing Joint Status Report does not accurately reflect Plaintiff's position. And risks misleading the Court if left uncorrected. Mr. Arthur Elkins Jr. resigned without notice to the plaintiff after the plaintiff requested clarifications on contradictions from what the attorney had told him to do. The attorney had requested the plaintiff to continue contacting the Stream Realty Partners Attorney for any ongoing Joint Status and his involvement would only be on the Mediation Negotiations only. and Mr. Elkins would not

RECEIVED

APR 17 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

communicate with the court or with Stream Realty Partners Attorney The Pro Bono Attorney signed and was on communication with Stream Realty Partners Attorney and when Mr. Teran Sanchez contact him for the review of the joint status that Mr. Teran Sanchez draft, the attorney responded with him signing and sending a joint status to the court without the Plaintiffs consent and contradicting the whole directions by what Mr. Elkins had requested told Mr. Teran Sanchez to do. Mrs. Croft went silence on all of this back and forth emails and when Mr. Teran Sanchez requested support with Mrs. Croft, she decided to not respond to the plaintiff request of support leaving him without attorney and doing nothing about the interference after the plaintiff raised concerns about mediation during the presence of the interference. Even though that the plaintiff had mentioned how this would be a unfair negotiation.

I. ARGUMENT.
The Joint Status Report Should Be Vacated Because It Was Filed Without Plaintiff's Authorization Courts possess inherent authority to manage their dockets and ensure the accuracy and integrity of the record. A filing submitted without a party's authorization and containing material inaccuracies should not remain operative, particularly where it misrepresents that party's position before the Court. B. Fundamental Fairness Requires That Plaintiff Be Allowed to Present His Own Position As a pro se litigant, Plaintiff must be afforded a meaningful opportunity to present his claims and litigation posture. Maintaining an inaccurate report filed without his consent would result in prejudice and undermine the fairness and integrity of these proceeding especififcally when the attorney is requesting expectations from plaintiff and later on contradicting the whole expectations leading to a case set for failure.

C. Emergency Relief Is Necessary to Preserve Plaintiff's Right of Access to the Court. The right of access to the courts is fundamental. Bounds v. Smith, 430 U.S. 817 (1977).Where technical barriers interfere with a litigant's ability to communicate, verify filings, and meet deadlines, limited relief is warranted to prevent prejudice and ensure due process.D. A Narrowly Tailored Protective Order and Temporary Stay Are Warranted Plaintiff seeks relief necessary to stabilize his ability to participate in this case, including a stay and safeguards ensuring continued access to litigation tools and communications required for effective participation.

III PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court VACATE or STRIKE the Joint Status Report (ECF No. 38); ISSUE a narrowly tailored Emergency Protective Order preventing interference with Plaintiff's ability to access litigation systems and communications; SCHEDULE an evidentiary hearing, that is necessary, regarding the barriers described herein; GRANT Plaintiff to be heard and provide the information that he has to expose the interference. such other and further relief as the Court deems just and proper. Plaintiff requests that the court allows Justice to be persuade to his Case.

The courts clerk  has been denying all draft  motions because the interference is not allowing DC to be filed. The courts clerk has been notified about the Plaintiff unable to print or create pdf files and it cannot even present the documents in print papers to the Courts Mail Address.

 The plaintiff has enough evidence to expose the interference and provide the necessary documents to the court to ensure that this allegations are covered with exhibits and not just words.

The CPPA has accepted two complaints and has forward the complaints to their internal enforcement department.

Plaintiff has tried to notify the Court of the related case that was brought to the United States Western Texas Civil Court { Cesar Teran Sanchez v. Austin Private Car Services, The Civil Rights Office of Texas, and The Equal Employment Opportunity Commission Of The United States of America. But the interference has not allowed for the document placed by the Plaintiff with 1,309 pages because the document is 76MB and the emails are not allowed to send files over 20 MB. What the plaintiff has done is to split the documents in sets but not matter how many pages the set has the Interference has allowed the set of only two pages to be sent to the court leaving the rest files out from sending to the court. It is impossible that three pages are over 20MB and the reason why the files cannot be sent to the Court.

When Printing or printing o pdf the files are zoomed in and then the pages are reduced to only one.

This is a barrier that the defendant Stream Realty Partners has created since 2023. Plaintiff assures that Stream Realty Partners has been corrupting and accessing his devices since 2023 without his consent. Plaintiff has evidence of work policies set to his email that he never consent to.

Plaintiff is requesting to not allow the continuance from the harrasment of the defendant and should protect plaintiff of the harm he is experiencing. This should not be dismissed without protecting the plaintiff. It's a matter of his life been on target. This is not a small allegation it's a life who is been violated. His mother has nothing to do with this case and the Interference has set themselves on her device and cellular network without consent.

Plaintiff reminds the court that he was informing the court that the defendant has no good faith for negotiations and that previously the defendant went on silence when the plaintiff offer negotiations. Now the defendant has ensured to harass and stayed the plaintiffs case making it seemed like it's the plaintiffs fault for {Technical Issues[ but the reality is that plaintiff is suffering  Interference blocking him to fight for Justice and the defendant Obstruction to Justice should not be allowed to break the law.

Respectfully,

Pro se,

Cesar Teran Sanchez,

1007 W. 1st St Apt 128

Tempe, AZ 85281

602-692-7749

Freedom4all2024@icloud.com