**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CESAR TERAN SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>STREAM REALTY PARTNERS, LP,<br><br>Defendant. | Case No. 1:23-cv-03189<br>Judge Amir H. Ali |

## NOTICE OF APPEAL AND PROTECTIVE REQUEST TO EXTEND OR REOPEN TIME TO APPEAL IF NECESSARY

Notice is hereby given that Plaintiff Cesar Teran Sanchez, proceeding pro se, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's May 26, 2026 Memorandum Opinion and Order dismissing this action without prejudice and directing the Clerk of Court to close the case.

The docket entries appealed from are:

1. Dkt. 45 - Memorandum Opinion entered May 26, 2026; and
2. Dkt. 46 - Order entered May 26, 2026, granting Defendant Stream Realty Partners, LP's motion to dismiss and directing the Clerk of Court to close the case.

Plaintiff files this Notice of Appeal to preserve his appellate rights and to make clear that he appeals the dismissal of this action. Plaintiff intends this filing to be accepted and processed first as a Notice of Appeal from Dkt. 45 and Dkt. 46.

### Statement Regarding Non-Receipt and Records Requested

Plaintiff states that he has not received the Court's May 26, 2026 Memorandum Opinion, Dkt. 45, or the accompanying Order, Dkt. 46, by mail or electronic delivery. Plaintiff discovered the dismissal only after later attempting to verify the docket through public docket access, records requests, and review of available docket information.

Plaintiff has requested copies of the relevant docket entries and seeks the Court's assistance in obtaining the May 26, 2026 Memorandum Opinion, the May 26, 2026 Order, the complete docket sheet, and any mailing or service records showing whether Dkt. 45 and Dkt. 46 were mailed to Plaintiff and to what address.

### Protective Alternative Request

To the extent the Court determines that this Notice of Appeal requires additional relief because of delayed notice, non-receipt of the Memorandum Opinion and Order, mail-delivery issues, docket-access discrepancies, or documented access barriers, Plaintiff respectfully requests that

Page 1

RECEIVED

JUNE 26 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the Court construe this filing as a protective motion to extend or reopen the time to appeal as permitted by Federal Rule of Appellate Procedure 4(a)(5), Federal Rule of Appellate Procedure 4(a)(6), and 28 U.S.C. section 2107(c).

Plaintiff requests that any appeal deadline be extended or reopened, if permitted, so that Plaintiff may proceed with the appeal after receiving the May 26, 2026 Memorandum Opinion, the May 26, 2026 Order, the complete docket sheet, and the available mailing or service records necessary to verify notice and understand the dismissal.

This protective request does not replace the Notice of Appeal. Plaintiff's primary request is that this filing be accepted and processed as a Notice of Appeal from Dkt. 45 and Dkt. 46. The protective request is included only to preserve relief if the Court determines that extension or reopening is necessary due to Plaintiff's non-receipt of the dismissal documents and delayed ability to verify the docket.

Respectfully submitted,

Date: June 25, 2026

Cesar Teran Sanchez
Plaintiff Pro Se
1007 W. 1st St., Apt. F128
Tempe, AZ 85281
freedom4all2024@icloud.com

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, I served a copy of this Notice of Appeal and Protective Request to Extend or Reopen Time to Appeal If Necessary on counsel of record for Defendant Stream Realty Partners, LP.

Method of service:

[x] Email
[ ] U.S. Mail
[x] Court filing system / electronic notice
[ ] Other: DCD_Intake@DCD.uscourts.gov

Counsel served:

Counsel of record for Stream Realty Partners, LP
Jackson Lewis P.C.

_____

Cesar Teran Sanchez
Plaintiff Pro Se
Date: June 25, 2026